IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 10 AM 10: 5_

CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

v.

**JOHNNIE M. COHEN**               05cr20286-Ml

## ORDER ON ARRAIGNMENT

This cause came to be heard on _August 10, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Michael J. Floyd_ who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Lund_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:641
PUBLIC MONEY, PROPERTY OR RECORDS

Attorney assigned to Case: R. Oliver

Age: **69**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-12-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20286 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable Jon McCalla
US DISTRICT COURT